```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

David Banks,                    :

       Plaintiff,              :

   v.                           :   Case No. 2:05-cv-0713

Mrs. Rees, (Medical Director), :   JUDGE MARBLEY
et al.,
                               :

       Defendants.

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on March 6, 2006. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. Mr. Banks' motion for default judgment (doc. #6) is DENIED. Defendants' first motion to dismiss (doc.#8) is DENIED WITHOUT PREJUDICE.  Plaintiff shall provide the Marshal with addresses at which service can be made on defendants Ms. Rees and Ms. Royer within 60 days.

                                              s/Algenon L. Marbley
                                              Algenon L. Marbley
                                              United States District Judge