IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

David Banks,                    :

    Plaintiff,              :

  v.                            :       Case No. 2:05-cv-0713

Ms. C. Rees, et al.,            :       JUDGE MARBLEY

    Defendants.             :

ORDER

    On June 1, 2007, the Magistrate Judge issued a Report and Recommendation recommending that the claims against defendant Ms. Rees be dismissed without prejudice for want of service of process. No objections have been filed. Consequently, the Report and Recommendation is ADOPTED. Defendant Rees's motion to dismiss (#43) is GRANTED. The claims against her are DISMISSED WITHOUT PREJUDICE pursuant to Fed.R.Civ.P. 4(m). The claims against the other defendant remain pending.


                                         s/Algenon L. Marbley
                                         Algenon L. Marbley
                                         United States District Judge